**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1673**

ATENAS VIOLETA CATALINA RAMIREZ-VISCARRA; A.K.M.R.,

Petitioner,

v.

MATTHEW G. WHITAKER, Acting Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: December 12, 2018                    Decided: January 7, 2019

Before GREGORY, Chief Judge, MOTZ and FLOYD, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Marc Seguinót, SEGUINÓT & ASSOCIATES, PC, Fairfax, Virginia, for Petitioner. Joseph H. Hunt, Assistant Attorney General, Derek C. Julius, Assistant Director, Elizabeth K. Fitzgerald-Sambou, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Atenas Violeta Catalina Ramirez-Viscarra and her minor daughter, natives and citizens of El Salvador, petition for review of an order of the Board of Immigration Appeals (Board) denying their motion for sua sponte reopening. We lack jurisdiction to review the Board's refusal to exercise its sua sponte authority to reopen and, therefore, dismiss the petition for review. *See Lawrence v. Lynch*, 826 F.3d 198, 206-07 (4th Cir. 2016); *Mosere v. Mukasey*, 552 F.3d 397, 400-01 (4th Cir. 2009) (collecting cases). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*